United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1527

_____

Calvin J. Weber,                                    *
                                                    *
          Appellant,                                *
                                                    *
     v.                                             *
                                                    *
United States Department of the Army,               *
                                                    *
          Appellee,                                 *          Appeal from the United States
------------------------------                      *          District Court for the
Calvin J. Weber,                                    *          Eastern District of Missouri.
                                                    *
          Appellant,                                *
                                                    *          [Unpublished]
     v.                                             *
                                                    *
United States Department of the Army,               *
                                                    *
          Appellee,                                 *
------------------------------                      *
Calvin J. Weber,                                    *
                                                    *
     Appellant,                                     *
                                                    *
     v.                                             *
                                                    *
United States of America,                           *
                                                    *
          Appellee.                                 *

_____

Submitted: June 18, 1997

Filed: July 9, 1997

_____

Before, HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Calvin J. Weber, a former civilian Army engineer, appeals from the district court's[1] order and judgment dismissing his consolidated actions for failure to state a claim upon which relief may be granted. Having carefully reviewed the record and the parties' submissions, we conclude that dismissal was warranted and that an extended discussion is not necessary. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest.

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.